IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY DONALD REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:10-cv-00058 |
| ) | |
| MICHAEL ASTRUE, ) | Judge Thomas A. Wiseman, Jr. |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Plaintiff Jeffrey Donald Reid's Motion for Judgment on the Administrative Record (Doc. No. 17), seeking judicial review of the Commissioner's denial of his claim for Social Security Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under Titles II and IV of the Social Security Act (the "Act"), respectively, on the grounds that the ALJ erred as a matter of law in rejecting the opinion of Plaintiff's treating physician, and that the ultimate decision is not supported by substantial evidence in the record. He seeks reversal or, in the alternative, remand pursuant to sentence four of 42 U.S.C. § 405(g).

The prior referral of this case to the Magistrate Judge is hereby **WITHDRAWN**. For the reasons explained in the accompanying Memorandum Opinion, the Court finds that the ALJ did not err in rejecting the opinion of Plaintiff's treating physician and that the Commissioner's decision is supported by substantial evidence in the record. Plaintiff's motion is therefore **DENIED**, the Commissioner's decision **AFFIRMED**, and this matter **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge